435 A.2d 254

Commonwealth v. Charles Klumpp a/k/a
Raymond Klumpp, Appellant.

Argued December 1, 1980. William J. Mazzola, for appellant; Mark S. Gurevitz, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, BROSKY and HOFFMAN, JJ.

The judgment of sentence of the lower court is affirmed.